UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH IMHOTEP VAUGHN BEY,<br><br>　　　Plaintiff<br><br>v.<br><br>OCAMPO ANNA LIZA,<br><br>　　　Defendant | Case No.: 2:21-cv-01841-APG-NJK<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF Nos. 1, 3] |

　　　On October 5, 2021, Magistrate Judge Koppe recommended that I dismiss plaintiff Kenneth Bey's complaint as frivolous and delusional. ECF No. 3.  Bey did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　　I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation **(ECF No. 3) is accepted**.  Plaintiff Kenneth Bey's complaint (**ECF No. 1-1) is dismissed with prejudice** and his application for leave to proceed *in forma pauperis* **(ECF No. 1) is denied as moot**.  The clerk of court is instructed to close this case.

　　　DATED this 27th day of October, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE